IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATHANIEL RHODES, JR., : <br> Petitioner, : <br> vs. : <br> DAVID A. VARANO, et al., : <br> Respondents. : | CIVIL NO. 08-3236 |

## ORDER

**AND NOW**, this 28th day of July 2011, upon consideration of Petitioner's Petition for Writ of Habeas Corpus [doc. no. 1], Respondents' Answer and Memorandum of Law in Response thereto [doc. no. 6]; Petitioner's Memorandum of Law in Support of Motion Seeking Leave to Amend the Habeas Petition [doc. no. 16]; the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey dated March 26, 2009 [doc. no. 20]; Respondents' Objections to that Report and Recommendation [doc. no. 22]; and Petitioner's Motion for an Evidentiary Hearing [doc. no. 29], it is **HEREBY ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED IN PART** and **REJECTED IN PART** as follows:

    a. That part of the Report and Recommendation relating to petitioner's Batson challenge to the "below the line" strike of juror number 41 is **REJECTED**; and

    b. That part of the Report and Recommendation relating to petitioner's ineffective assistance of trial counsel and evidentiary claims are **APPROVED** and **ADOPTED**;

2. Respondents' Objections to the Report and Recommendation are **SUSTAINED**;

3. The Petition for Writ of Habeas Corpus is **DENIED** in all respects.

The Clerk of Court is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

                                                **BY THE COURT:**

                                                *[signature]*

                                                **HON. CYNTHIA M. RUFE**